Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 MAY 11 AM 10: 47

MARGARET BOTKINS. CLERK
CASPER

)  Case No. 26 CV 156-SWS
)  *(to be filled in by the Clerk's Office)*

)
)
**Bruce B Williams**   )  Jury Trial: *(check one)* ☐ Yes    ☒ No
*Plaintiff(s)*   )
*(Write the full name of each plaintiff who is filing this complaint. If*   )
*the names of all the plaintiffs cannot fit in the space above, please*   )
*write "see attached" in the space and attach an additional page with*   )
*the full list of names*   )
)
-v-   )
)
)
)
**The City of Gillette Wyoming**   )
*Defendant(s)*   )
*(Write the full name of each defendant who is being sued. If the names*   )
*of all the defendants cannot fit in the space above, please write "see*   )
*attached" in the space and attach an additional page with the full list*   )
*of names. Do not include addresses here*   )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### Notice

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

| | |
|---|---|
| Name | Bruce B Williams |
| Address | 4807  Milton St |

| | | |
|---|---|---|
| Gillette | WY | 82718 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Campbell |
| Telephone Number | 307-660-6138 |
| E-Mail Address | jfl.just.for.legal@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Gillette |
| Job or Title *(if known)* | |
| Address | 201 E. 5th St. |

| | | |
|---|---|---|
| Gillette | WY | 82716 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Campbell |
| Telephone Number | 307-686-5200 |
| E-Mail Address *(if known)* | gillette@gillettewy.gov |

☐ · Individual capacity    ☒ · Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

☒ ·    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws." 42 U.S.C. § 1983.  If you are suing under section 1983,

what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Count I: Violation of Plaintiff Williams' Freedom of Speech under the US Constitutions First Amendment Free Speech Clause.

Count II: Violation of the Establishment Clause of the First Amendment by government endorsement of religion.

Count III: Violation of Plaintiff Williams' Exercise of Religion under the US Constitutions First Amendment Free Exercise clause.

Count IV: Violation of Plaintiff Williams' Freedom of Petition under the US Constitutions First Amendment.

Count V: Violation of Plaintiff Williams' Equal Protection of the laws under the US Constitutions 14th Amendment

Count VI: Conspiracy to hide their actions against Plaintifff Williams.

---

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Not Applicable

---

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant CITY OF GILLETTE WYOMING (the City) is a public body corporate and politic, established, organized, and authorized under and pursuant to the laws of Wyoming, with the authority to sue and be sued as defined in WS 15-1-103(a)(i), and WS 15-2-101 and was at all times relevant herein, operating within the course and scope of its authority and under color of state law.

## III.    Statement of Claims

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## III.0    STATEMENT OF FACTS

1. Beginning in approximately 2014, Plaintiff sought to give invocations before the City Council.

2. The City allowed Plaintiff to give an initial invocation but repeatedly denied Plaintiff additional population representative percentage opportunities.

3. During the same period, the City allowed Christian speakers to give multiple invocations each year.

4. The City limited the number and timing of Plaintiff's invocations.

5. On multiple occasions, City Council members walked out during Plaintiff's invocation but remained present for other speakers.

6. The City took no action to address that conduct.

7. The City allowed a private religious organization (the Gillette Pastors Fellowship) to control who could give invocations and when.

8. Plaintiff was not informed of this arrangement.

9. In 2021 and 2022, the Mayor requested that Plaintiff participate in the Pledge of Allegiance immediately after giving an invocation, despite knowing Plaintiff's beliefs.

10. In January 2023, Plaintiff requested a meaningful opportunity to address the City Council regarding invocation practices and monument placement.

11. The City denied that request and limited Plaintiff to a brief public comment period.

12. The City allows a Ten Commandments monument to remain in a public park.

13. Plaintiff sought to place a similar monument and complied with stated requirements.

14. Plaintiff incurred significant expense and began installation.

15. In June 2023, Plaintiff first gained knowledge that the City had been working with the Gillette Pastors Fellowship for many years prior not just lately.

16. The City stopped the installation and later denied the request without clear or consistent standards.

17. These actions occurred over multiple years and reflect a consistent pattern of unequal treatment.

18. All events giving rise to the following claims occurred within the city limits of the city of Gillette Wyoming.

19. Plaintiff provides additional factual examples in Addendum A.

## III.1 Claim 1: **Unequal Treatment in Invocation Opportunities**

**III.1.B** What date and approximate time did the events giving rise to your claim(s) occur?

20. These events occurred in the years from 2014 until 2023 inclusive.

---

**III.1.C What are the facts underlying your claim(s)?** (*For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?*)

21. Plaintiff was treated differently from similarly situated speakers.

22. Plaintiff was given fewer population adjusted opportunities to speak than other religious participants.

## III.2 Claim 2: Cities Censorship Of Plaintiff's speech

**III.2.B What date and approximate time did the events giving rise to your claim(s) occur?**

23. All events occurred in the years from 2014 until 2023 inclusive.

---

**III.2.C What are the facts underlying your claim(s)?** (*For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?*)

24. The City limited Plaintiff's ability to speak by restricting the number and timing of invocations.

25. These restrictions reduced the effectiveness of Plaintiff's speech.

---

## III.3 Claim 3: **Hostile Conduct**

This is not chargeable for damages. It is part of defining the characteristics of the City and how they practice their unwritten actions and policies to show their overall pattern and practice of discrimination.

**III.3.B What date and approximate time did the events giving rise to your claim(s) occur?**

26. Nov 04, 2014 Council members walked out on Plaintiffs invocation.

27. May 05, 2015 Council members again walked out on Plaintiff's invocation.

28. Feb 02, 2016 Council members again walked out on Plaintiff's invocation.

---

**III.3.C What are the facts underlying your claim(s)?** (*For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?*)

29. City Council members walked out during Plaintiff's invocation.

30. The City took no corrective action.

31. The City knowingly attempted to hide these actions by changing the view of the official record camera specifically during Plaintiff's invocations and no one elses.

---

## III.4 Claim 4: **Delegation to Private Religious Organization**

**III.4.B What date and approximate time did the events giving rise to your claim(s) occur?**

32. All events occurred in the years from 2014 until 2023 inclusive.

---

**III.4.C What are the facts underlying your claim(s)?** (*For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?*)

33. The City delegated control of invocation scheduling to a private religious organization.

34. That organization operated without oversight or constitutional obligation.

---

## III.5 Claim 5: **City demanding Religious Beliefs Violations**

**III.5.B What date and approximate time did the events giving rise to your claim(s) occur?**

35. On July 20, 2021 and July 19, 2022 just prior to Council meetings start.

---

**III.5.C** What are the facts underlying your claim(s)? (*For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?*)

36. The City pressured Plaintiff to participate in the Pledge of Allegiance despite his beliefs.

## III.6 Claim 6: **Denial of Petition**

**III.6.B** What date and approximate time did the events giving rise to your claim(s) occur?

37. In January of 2023.

**III.6.C** What are the facts underlying your claim(s)? (*For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?*)

38. The City denied Plaintiff a meaningful opportunity to address the City Council.

## III.7 Claim7: **Denial of Monument Placement**

**III.7.B** What date and approximate time did the events giving rise to your claim(s) occur?

39. All events covered the time from July 2022 through August 2023.

**III.7.C What are the facts underlying your claim(s)?** (*For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?*)

40. The City allowed one religious monument but denied Plaintiff's similar monument.

41. The denial was made without consistent standards.

## III.8 Claim 8: City engaging in a conspiracy

**III.8.B** What date and approximate time did the events giving rise to your claim(s) occur?

42. All events covered the time from June 2014 through August 2023.

**III.8.C** What are the facts underlying your claim(s)? (*For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?*)

43. The actions described prior reflect a pattern of unequal treatment over time by multiple actors participating as a majority driven single unit.

## IV.    MUNICIPAL LIABILITY (POLICY OR CUSTOM)

44. Defendant is a municipal entity.

45. The City Council acted as the final policymaking authority.

46. The actions described were taken pursuant to official policies, customs, or practices.

47. These include:

- Decisions by the City Council regarding invocations and monuments;

- A longstanding pattern of unequal treatment of Plaintiff;

- Delegation of governmental authority to a private religious organization; and

- Failure to correct known conduct.

48. These policies and practices were the moving force behind the violations of Plaintiff's rights.

---

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

49. Plaintiff suffered no physical injuries.

50. Plaintiff suffered financial loss related to the monument, including approximately $8,958.60 and storage costs.

51. Plaintiff suffered harm to his ability to participate in public life and present his views.

52. Plaintiff suffered multiple civil rights violations harms inherently recognized by the US as actual harms in and of themselves.

53. Plaintiff suffered emotional distress.

---

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff requests that the Court:

**1. Order Defendant to:**

- Allow Plaintiff equal access to give invocations;

- Allow Plaintiff to place his monument under the same conditions as others;

- Stop enforcing discriminatory practices;

- Stop allowing religious organizations to control government functions without oversight.

**2. Declare** that Defendant's actions violated Plaintiff's rights.

**3. Award damages,** including:

- Financial losses;

- Storage costs;

- Other damages to be determined at trial.

**4. Award nominal damages.**

**5. Award costs and fees** as allowed by law.

6. **Grant any other relief** the Court deems appropriate.

**VII.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**VIII.    A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Thursday, May 7, 2026

Signature of Plaintiff    *Bruce B Williams*

Printed Name of Plaintiff    Bruce B Williams

**IX.    B.    For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address